```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   STEPHANIE RODRIGUEZ,                 :

                                       Plaintiff,     :

                      -against-               :            1:21-cv-6736-GHW

   ANTON ROTARU-BARAC and A. DUIE  :            ORDER
   PYLE, INC.,

                                   Defendants.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on August 10, 2021.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than August 24, 2021.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated:  August 15, 2021
New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                   United States District Judge