USDC SDNY
DOCUMENT
ELECTRONICALLY FILED DOC
#: _____
DATE FILED:  6/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

STEPHANIE RODRIGUEZ,                        :
                                            :
                                            :
                          Plaintiff,        :
                                            :
           -against-                        :           1:21-cv-6736-GHW
                                            :
ANTON ROTARU-BARAC and A. DUIE              :           ORDER
PYLE, INC.,                                 :
                                            :
                          Defendants.       :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

   A jury trial in this matter will begin on **Monday, January 30, 2023, at 9:00 a.m.**  The Court

will hold a final pretrial conference in this case on **January 4, 2023, at 10:00 a.m.**  Both the final

pretrial conference and the jury trial will be held in Courtroom 12C of the United States District

Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500

Pearl Street, New York, New York 10007.

   The parties are directed to submit the following materials no later than **November 9, 2022**:

(1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's

Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of

the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening

statements.

   SO ORDERED.

Dated:  June 21, 2022
New York, New York                          _____
                                                  GREGORY H. WOODS
                                               United States District Judge