UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHANIE RODRIGUEZ,

                      **Plaintiff,**   21-CV-06736 (SN)

      -against-   **ORDER**

ANTON ROTARU-BARAC, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference currently scheduled for July 19, 2022, at 2:30 p.m., is RESCHEDULED for Thursday, August 11, 2022, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 28, 2022
                New York, New York